**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-2305/09-2306/09-2345/09-2346/09-2356

UNITED STATES OF AMERICA

v.

JEFFREY MAURY,

Appellant No. 09-2305

_____

UNITED STATES OF AMERICA

v.

CRAIG DAVIDSON,

Appellant No. 09-2306

_____

UNITED STATES OF AMERICA

v.

JOHN PRISQUE,

Appellant No. 09-2345

_____

UNITED STATES OF AMERICA

v.

SCOTT FAUBERT,

Appellant No. 09-2346

_____

UNITED STATES OF AMERICA

v.

ATLANTIC STATES
CAST IRON PIPE
COMPANY,
a Division of McWane, Inc.

Appellant No. 09-2356

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 3-03-cr-00852-001 through 004 and 006)
District Judge:  Hon. Mary L. Cooper

_____

2

Argued
March 29, 2012

Before: FUENTES, SMITH, and JORDAN, *Circuit Judges*.

( Opinion Filed:  September 17, 2012)

_____

Michael N. Pedicini                    (ARGUED)
60 Washington Street
Courthouse Plaza
Morristown, NJ 07960

    *Attorney for Defendant-Appellant Jeffrey Maury*

Hilary L. Brunell                    (ARGUED)
Nuzzi & Mason
50 Nelson Street
Dover, NJ 07801

    *Attorney for Defendant-Appellant Craig Davidson*

Michael D. Critchley                    (ARGUED)
Critchley, Kinum & Vazquez
75 Livingston Ave
3rd Floor
Roseland, NJ 07068

    *Attorney for Defendant-Appellant John Prisque*

Michael D'Alessio, Jr.                    (ARGUED)
Walder, Hayden & Brogan

5 Becker Farm Road
3rd Floor
Roseland, NJ 07068

*Attorney for Defendant-Appellant Scott Faubert*

John J. O'Reilly                              (ARGUED)
Day Pitney
One Jefferson Road
Parsippany, NJ 07054

*Attorney for Defendant-Appellant Atlantic States Cast Iron Pipe Co.*

Mark E. Coyne
Office of the United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

Glenn J. Moramarco                          (ARGUED)
Office of United States Attorney
Camden Federal Building & Courthouse
401 Market Street
Camden, NJ 08101

John L. Smeltzer
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044

*Attorneys for Plaintiff-Appellee the United States of America*

_____

ORDER AMENDING OPINION

_____

FUENTES, *Circuit Judge*


IT IS HEREBY ORDERED that the Opinion filed on September 17, 2012 be amended to include the following:

Paul J. Fishman, Esq.
Norman Gross, Esq.
Glenn J. Moramarco, Esq.          (ARGUED)
Ignacia S. Moreno, Esq.
Andrew D. Goldsmith, Esq.
Office of United States Attorney
Camden Federal Building & Courthouse
401 Market Street
Camden, NJ 08101


By the Court,


/s/  Julio M. Fuentes
Circuit Judge


DATED:  26 September 2012